People of the State of Illinois, Plaintiff-Appellee, v. Peter P. Harrison, Defendant-Appellant.

Gen. No. 53;684. (Abstract of Decision.)

First District, Third Division.

December 18, 1969.

Ger-ald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C.

Kissane and Thomas M. Walsh, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McNAMARA. Not to be published in full.